# Court of Appeals
# of the State of Georgia

ATLANTA, __June 14, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0403. CONZENA BENJAMIN v. VIVIAN COMPTON et al.**

Vivian Compton and I-Land Breeze, LLC., sued Conzena Benjamin to recover damages allegedly owed on a commercial lease. Benjamin failed to file a timely answer, and the case went into default. On April 30, 2013, the trial court entered a final judgment, awarding total damages of $28,500.00, plus post-judgment interest to Compton and I-Land Breeze. Benjamin filed this application for discretionary appeal from the trial court's final judgment.

This is an appeal from a final judgment. See *Lanier v. Foster*, 133 Ga. App. 149, 153 (3) (210 SE2d 326) (1974). It is not an appeal from the denial of a motion to set aside, as contemplated by OCGA § 5-6-35 (a) (8), nor does it fall within any other provision of OCGA § 5-6-35 (a). The order in this case is thus directly appealable and is not subject to the discretionary appeal requirements. This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j), if the order is subject to direct appeal. Therefore, this application is GRANTED as required under OCGA § 5-6-35 (j).

Benjamin shall have ten days from the date of this order to file a notice of appeal with the superior court. The superior court is instructed to include a copy of this order in the record transmitted to this Court.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, __06/14/2013__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, Clerk.